IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAMARTINE PIERRE JR., et al., | CIVIL ACTION NO. 2:20-CV-04934-GJP |
| Plaintiffs, | JURY TRIAL DEMANDED |
| v. | |
| HEALTHY BEVERAGE LLC d/b/a THE HEALTHY BEVERAGE COMPANY, | |
| Defendant. | |

**STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**

Plaintiffs, Lamartine Pierre Jr., Danielle Graham, Amie Deleon, Jesse Gonzalez, Jeannette Rodriguez, Valerie Wells, Stephanie Smith, Shanna Her, Melanie Barber, Christopher Morgan, and Molly Brown ("Plaintiffs") and Defendant, Healthy Beverage LLC d/b/a The Healthy Beverage Company (erroneously sued under this name, presently known as "Steaz, LLC," a Texas limited liability company) ("Defendant"), being all parties who have appeared, and by and through their respective undersigned counsel, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action is dismissed with prejudice in its entirety, with each party bearing its own costs and fees, and waiving all rights of appeal.

[SIGNATURES FOLLOW ON NEXT PAGE]

| | |
|---|---|
| *Attorneys for Healthy Beverage LLC d/b/a The Healthy Beverage Company* | *Attorneys for Plaintiffs Lamartine Pierre Jr., et al.* |

**FOX ROTHSCHILD LLP**

/s/ Michael Eidel
Michael Eidel, Esquire
Stephanie Nolan Deviney
Attorney I.D. Nos. 94278; 80770
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
meidel@foxrothschild.com
sdeviney@foxrothschild.com
Phone: (215) 299-2000
Fax: (215) 299-2150
Dated: March 8, 2023

**LEVIN, SEDRAN & BERMAN LLP**

/s/ Charles E. Schaffer
Charles E. Schaffer, Esq.
David C. Magagna Jr., Esq.
Attorney I.D. Nos.
510 Walnut Street, Suite 500
Philadelphia, PA 19106
cschaffer@lfsblaw.com
dmagagna@lfsblaw.com
Dated: March 8, 2023

**MASON LIETZ & KLINGER LLP**

/s/ Gary E. Mason
Gary E. Mason, Esq. (pro hac vice)
227 W. Monroe Street
Suite 2100
Chicago, IL 60606
gmason@masonllp.com
Dated: March 8, 2023

.
**APPROVED BY THE COURT on March 13, 2023:**

/s/ Gerald J. Pappert
**UNITED STATES DISTRICT COURT JUDGE**